UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL CARLTON LOWE, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No. 4:22-cv-00524-ACL |
| PAUL SCHNELL, | ) ) ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER OF TRANSFER**

Self-represented petitioner Michael Carlton Lowe filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Lowe is challenging a conviction that arose in Hennepin County, Minnesota, which is located in the District of Minnesota. Lowe is incarcerated in Rush City, Minnesota, which is located in Chisago County, Minnesota, which is also located in the District of Minnesota.

Under 28 U.S.C. § 2241(a), venue is proper in the United States District Court for the District of Minnesota. As a result, the Court will transfer this action to that court pursuant to 28 U.S.C. § 1406(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall **transfer** this action to the United States District Court for the District of Minnesota at Minneapolis, pursuant to 28 U.S.C. § 1406(a).

Dated this   23rd day of May, 2022.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE